UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM CALVIN HUNT,

    Plaintiff,

Case No. 17-cv-14095
Hon. Matthew F. Leitman

v.

WALMART STORE, INC., et al.,

    Defendants.

_____/

## **JUDGMENT**

    In accordance with the Court's Order issued on November 12, 2020,

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff.

DAVID J. WEAVER
CLERK OF COURT

By:  s/Holly A. Monda
      Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: November 12, 2020
Flint, Michigan

1