UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM CALVIN HUNT,

    Plaintiff,                                Case No. 17-cv-14095
                                           Hon. Matthew F. Leitman

v.

WALMART STORE INC., *et al.*,

    Defendants.
_____/

### ORDER DENYING PLAINTIFF'S
### MOTION FOR RECONSIDERATION (ECF No. 72)

On November 12, 2020, the Court issued an order that, among other things, granted Defendants' motions for summary judgment in this action. (*See* Order, ECF No. 70.) Plaintiff William Calvin Hunt has now filed a motion for reconsideration. (*See* Mot. for Reconsideration, ECF No. 72.) The Court has reviewed the motion. Hunt has failed to show any error in the Court's ruling. Hunt's motion for reconsideration is therefore **DENIED**.

    **IT IS SO ORDERED**.

                                                        s/Matthew F. Leitman
                                                         MATTHEW F. LEITMAN
                                                         UNITED STATES DISTRICT JUDGE

Dated: January 7, 2021

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 7, 2021, by electronic means and/or ordinary mail.

                                                s/Holly A. Monda
                                                Case Manager
                                                (810) 341-9764